# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ELR CARE MAINE, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  No.  1:14-cv-00388-GZS |
| | ) |
| PROGRESSIVE MANAGEMENT SYSTEMS LLC, et al., | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 11) filed October 16, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Emergency Motion for Expedited Briefing Schedule (ECF No. 5) is **DENIED**.  In addition, Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

      /s/ George Z. Singal
      United States District Judge

Dated this 4th day of November, 2014.